[No. 18560-5-III.   Division Three.   August 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. NELSON NORMAN WHITFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 97-1-00237-9, Philip W. Borst, J., entered July 10, 1998. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.

[No. 18639-3-III.   Division Three.   August 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS GONZALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-1-00881-8, F. James Gavin, J., entered July 21, 1999. *Affirmed* by unpublished per curiam opinion.